# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE REZENDES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ULTA, INC., et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06111-JST<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL OF CASES**<br><br>Re: ECF No. 37 |
| QUIANNA TERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-07683-JST<br><br>Re: ECF Nos. 32, 34 |

　　The parties in both of the above-captioned cases have indicated that they have settled their disputes as part of the settlement in *Tellez v. Ulta Salon, Cosmetics & Fragrance, Inc.*, Case No. 18-cv-2480-CAB-LL (S.D. Cal.). *Rezendes* ECF No. 37; *Terry* ECF No. 32. Rezendes asks that all pending dates "be vacated pending entry of final judgment" in *Tellez*. *Rezendes* ECF No. 37 at 2. *Terry* was "stayed pending an order granting or denying final approval of the *Tellez* class action settlement." *Terry* ECF No. 33 at 4. The *Tellez* court granted final approval of the settlement in that case on February 10, 2020, and the plaintiffs' counsel were ordered to submit a proposed judgment by February 18, 2020. *Terry* ECF No. 34 at 20. The *Tellez* final approval order includes class representative payment awards to both Rezendes and Terry. *Id.*

　　The parties in each of the above cases shall show cause in writing, no later than March 6,

2020, as to why the case should not be dismissed based on the final approval of the *Tellez* class action settlement. In the alternative, the parties may file a stipulated dismissal by the same date. Failure to file either response to this order will result in dismissal of the case under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: February 24, 2020



JON S. TIGAR
United States District Judge